[No. 14757–9–I.   Division One.   September 9, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* SCOTT
DOUGLAS PENNER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 84–1–00019–1, Byron L. Swedberg,
J., entered April 18, 1984. *Reversed* by unpublished opinion
per Grosse, J., concurred in by Corbett, C.J., and Coleman,
J.

[No. 12815–9–I.   Division One.   September 9, 1985.]

ELSIE COLE, *Respondent, v.* EUGENE J. ERDOS,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–09350–7, Patricia H. Aitken, J., entered
February 9, 1983. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Coleman, J., and Hopp, J. Pro
Tem.

[No. 14797–8–I.   Division One.   September 9, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* JOHN
WESLEY MCCALL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–02571–7, Frank L. Sullivan, J., entered
May 16, 1984. *Reversed* and *remanded* by unpublished per
curiam opinion.

[No. 15815–5–I.   Division One.   September 9, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* JOHN
ERIC BROTT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00441–8, Terrence A. Carroll, J., entered
September 27, 1983. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Williams and Grosse, JJ.